IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL T. SHARP, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | NO. 09-1110 |
| | : | |
| v. | : | |
| | : | |
| PENSKE BUICK GMC, INC., | : | |
| | : | |
| Defendant. | : | |

## **ORDER**

AND NOW, this 18th day of February, 2010, upon consideration of Defendant's Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56 and accompanying Memorandum of Law (Doc. No. 15), Defendant's Statement of Material Undisputed Fact (*sic*) in Support of Motion for Summary Judgment (Doc. No. 14), Defendant's Exhibits (Doc. No. 16),  Plaintiff's Response (Doc. No. 18), Plaintiff's Memorandum in Opposition (Doc. No. 19), Plaintiff's Counterstatement (*sic*) of Material Disputed Facts (Doc. No. 17), Defendant's Response to Plaintiff's "Additional Facts" (Doc. No. 31), and Arguments of Counsel on the Motion at the Hearing held on February 4, 2010, and after a complete and independent review of all pleadings, motions and exhibits, which include deposition testimony and other discovery submitted by the parties, it is hereby **ORDERED** that Defendant's Motion (Doc. No. 15) is **DENIED** in its entirety.

BY THE COURT:


  /s/ Joel H. Slomsky, J.
JOEL H. SLOMSKY, J.